OPINION — AG — ONLY SUCH PUBLIC AGENCIES DEFINED ABOVE ARE PROPER PARTIES TO AGREEMENTS ENTERED INTO UNDER THE INTERLOCAL COOPERATION ACT, AND THAT NON GOVERNMENTAL ORGANIZATIONS SUCH AS A CHAMBER OF COMMERCE OR OTHER CIVIC ORGANIZATIONS WOULD NOT BE PROPER PARTIES TO AN AGREEMENT ENTERED INTO UNDER SAID ACT. CITE: 74 O.S. 1965 Supp., 1001-1008 [74-1001] — [74-1008], 74 O.S. 1965 Supp., 1003 [74-1003], 74 O.S. 1965 Supp., 1004 [74-1004] (ROBERT MCCHESNEY)